**Clara S. Arens, administratrix of the estate of John M. Arens, deceased, defendant in error, v. William Wardell and Ernest Whittaker, administrators of the estate of Mary W. Wallace, deceased, plaintiffs in error.   Gen. No. 31,272.**

Action for realty commissions.   Judgment for plaintiff.   Error to the Municipal Court of Chicago; the Hon. Harry F. Hamlin, Judge, presiding.   Heard in the third division of this court for the first district at the October term, 1926.   Reversed and remanded.   Opinion filed June 13, 1927.

Gurdon Williams and P. R. Boylan, for plaintiffs in error.   No appearance for defendant in error.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Peter Sarelas, appellee, v. Gene Goldman, appellant.   Gen. No. 31,281.**

Action for realty commissions.   Judgment for plaintiff.   Appeal from the Circuit Court of Cook county; the Hon. A. W. Summers, Judge, presiding.   Heard in the third division of this court for the first district at the October term, 1926.   Affirmed.   Opinion filed June 13, 1927.   Rehearing denied June 25, 1927.

Maurice A. Barancik, for appellant; Lyle L. Richmond, of counsel. Joseph A. Weber, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Philip A. Copenhaver, appellee, v. Ingstrup Buhrke, Inc., appellant. Gen. No. 31,357.**

Actions for damages for nonperformance of building contract. Judgment for plaintiff.   Appeal from the Municipal Court of Chicago; the Hon. T. H. Miller, Judge, presiding.   Heard in the third division of this court for the first district at the October term, 1926.   Affirmed.   Opinion filed June 13, 1927.

Edward H. Kubitz, for appellant.   H. Clay Calhoun and Edward Bernhard Zahn, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

**Mary E. Ferguson, appellant, v. Harmon M. Howe, appellee.   Gen. No. 31,366.**

Assumpsit for money due on bonds sold by defendant for plaintiff. Judgment for defendant.   Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding.   Heard in the third division of this court for the first district at the October term, 1926.   Reversed with a finding of fact and judgment here. Opinion filed June 13, 1927.

George H. Sugrue and Abel L. Allen, for appellant.   F. E. Brightman, for appellee; M. Edward Abram, of counsel.

Mr. Presiding Justice Taylor delivered the opinion of the court,